COURT ORDERED NOTICE

**Ernesto Bodon**, et al.

v.

**Domino's Pizza LLC**

Class Action

Notice & Claim Form Inside

Claim Filing Deadline:

[enter deadline date]

*Bodon*, et al. v. Domino's Pizza LLC
c/o [enter administrator's name]
[enter administrator's address]
[enter administrator's city, state & zip]

US POSTAGE PAID Permit#__



Postal Service: Please do not mark barcode

ABC-1234567-8

First Last
Address1
Address2
City, State, Zip Code

---

Carefully separate at perforation.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 09-cv-02941(SLT/RLM)

Claim Form & Release

*Bodon*, et al. v. Domino's Pizza LLC
c/o [enter administrator's name]
[enter administrator's address]

Claim #: ABC-1234567-8    Name/Address Changes:

‹‹First1›› ‹‹ Last1››
‹‹CO››
‹‹Addr1›› ‹‹Addr2››
‹‹City››, ‹‹St›› ‹‹Zip›› ‹‹Country››

IF YOU MOVE, send your CHANGE OF ADDRESS to ADMINISTRATOR at the above address.
**To Receive A Payment You Must Enter All Requested Information,
Sign And Mail This Claim Form, Postmarked On Or Before [enter date]**

Enter the last four digits of your Social Security number and any
names you used while employed at Domino's Pizza LLC:

Social Security Number (Last Four Digits ONLY): X X X – X X – ___  ___  ___  ___

Former Names (if any): _____

I declare under penalty of perjury under the laws of the State of New York that I have read the Notice of Proposed Class Settlement, will be bound to the release and other terms of the Settlement therein, am entitled to the Settlement payment and that no other person and or entity has a claim to any Settlement monies that I will receive. **By accepting a Settlement payment, I acknowledge that I am giving up certain rights, including but not limited to the right to sue under state or federal law with respect to any and all such claims as are described in the release section of the Settlement Agreement.**

Signature: _____    Home Telephone: _____

Date: _____    E-mail Address: _____

A Settlement has been reached in a class action lawsuit against Domino's Pizza LLC ("Domino's") for alleged violations of the New York Labor Law. The Plaintiffs claim Domino's added delivery charges to delivery orders, and a reasonable consumer would believe those charges to be a tip for the delivery driver, but Domino's did not distribute those charges to delivery drivers. Plaintiffs contend that these delivery charges were "gratuities" under New York law that belong to the delivery drivers. Plaintiffs also allege that Domino's failed to reimburse New York delivery drivers and customer service representatives ("CSRs") for certain expenses in connection with their employment, and that Domino's was obligated, but did not, provide a uniform maintenance allowance to New York delivery drivers and CSRs. Domino's vigorously denies that it violated any law, but has agreed to the Settlement to avoid the uncertainties and expenses of continuing the case.

**Am I a Class Member?** The Settlement includes one class. Domino's records show you are in the class described below. You may recover as a member of the class if you qualify to participate.

**What Can I Get?** Your payment will depend on timely submission of a complete Claim Form and final court approval. You will receive a Settlement payment comprising the sum of the following:

• For each week of your employment as a delivery driver for Domino's between July 9, 2003 and May 31, 2010, you will receive $13 if you worked more than 30 hours and $10 if you worked 30 or fewer hours.

• For each week of your employment as a delivery driver or CSR between July 9, 2003 and December 31, 2010, you will receive $4.

• For each week of your employment as a delivery driver or CSR between July 9, 2003 and [date of data pull], you will receive an additional $2.

**How Do I Get a Payment?** To obtain a payment, **you must submit a timely and properly completed Claim Form** (attached) signed under penalty of perjury **by \*\*DATE\*\***. To exclude yourself and keep any rights you may have to sue Domino's based on the allegations in this lawsuit write the Settlement Administrator by \*\*DATE\*\*. Even if you do not exclude yourself, as long as you do not submit a Claim Form, you will keep any existing rights to sue Domino's under the Fair Labor Standards Act. If you do not exclude yourself, you may object to the proposed Settlement. To do so, you must file a written objection by \*\*DATE\*\*. See the full instructions for excluding yourself or objecting at www.XXXXXXXXX.com.

**Who Represents Me?** The Court appointed attorneys from Stueve Siegel Hanson LLP and Weinhaus & Potashnick P.C. as Class Counsel. They will seek legal fees paid by Domino's. You may also hire and pay for an attorney at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the final approval hearing at \*\*TIME\*\* on \*\*DATE\*\* at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, NY, 11201.

**How Do I Get More Information?** This is only a summary. For more information, visit **www.XXXXXXX.com** or call \*\*Phone#\*\*.   **File the attached Claim Form with a Postmark No Later Than [DATE]**

Business Reply Mail Artwork

Or

Return Mail Artwork